UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11-25-13_

---

OUMOU BAH, AS THE ADMINISTRATOR OF
THE ESTATE OF MOHAMED BAH,

       Plaintiff,

vs.

THE CITY OF NEW YORK, and POLICE
OFFICERS JOHN DOES 1-50

       Defendants.

Civil Action No. *13 cv 6690 (PKC)(KNF)*

STIPULATION

---

Pursuant to the Initial Pre-Trial Conference on November 19, 2013, the parties stipulate that Defendant will produce, via electronic mail to Plaintiff, the following documents on or before November 22, 2013:

(1) The shooting investigation report in counsel's possession; and

(2) All Emergency Service Unit ("ESU") Reports in counsel's possession.

The parties further stipulate that Defendant will make a good faith effort to produce, via electronic mail to Plaintiff, the following documents on or before November 27, 2013. If after a good faith effort, Defendant is unable to produce any of the following documents by November 27, 2013, Defendant shall immediately advise Plaintiff when Defendant expects such documents will be produced.

(1) Any and all UF-49 Incident Reports;

(2) Any and all Crime Scene Unit Reports;

(3) Any and all Taser or camera videos;

(4) Any and all Sprint Reports and/or Dispatch Reports;

(5) DD-5 Reports; and

(6) Any and all 911 tapes/recordings.

Plaintiff reserves the right to move to compel production of any of the above-named documents if not produced. It is further stipulated that the documents produced pursuant to this stipulation, and information contained therein, will be treated on an attorneys' eyes only basis until the close of the grand jury presentation by the New York County District Attorney's Office. This stipulation does not relieve Defendant of its obligation to respond to Plaintiff's First Request for the Production of Documents and Plaintiff's First Set of Interrogatories on or before December 1, 2013.

DATED:     New York, New York
          November 22, 2013

By:_____
Randolph M. McLaughlin
Debra S. Cohen
Newman Ferrara LLP
1250 Broadway, 27th Fl.
New York, NY 10001
TEL: (212) 619-5400
FAX: (212) 619-3090
rmclaughlin@nfllp.com
dcohen@nfllp.com

Franciscus L. Diaba
fdiaba@diabalaw.com
375 Park Avenue
Suite 2607
New York, New York 10152
Tel: 212-634-9974
Fax: 646-390-2905

By:_____
Barry Myrvold
Michael A. Cardozo
Corporation Counsel of the City of New York
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-2324
bmyrvold@law.nyc.gov

*Counsel for Defendant City*

Mayo Bartlett
mgb@mayobartlett.com
Abdulwali Muhammad
wm@walimuhammadlaw.com
81 Main Street
Suite 118
White Plains, New York 10601
Tel: 914-224-3086
Fax: 914-468-6333

*Counsel for Plaintiff*

SO ORDERED, this _____ day of _____, 2013.