# NEWMAN FERRARA LLP          MEMO ENDORSED

1250 Broadway, 27th Floor, New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

By Fax (212) 805-7949 and ECF
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/13
```

November 26, 2013

Re: *Estate of Mohamed Bah v. City of New York, et al.*
1:13-cv-6690-PKC

Your Honor:

We are in receipt of a letter, dated November 22, 2013, from Defendant requesting a pre-motion conference in connection with the City's request to file a motion for partial judgment pursuant to Federal Rules of Civil Procedure Rule 12(c). We are also in receipt of the Court's inquiry to the City as to why its motion should not wait until the summary judgment stage. We suggest another basis why the City's motion is premature. As the Court is aware, Plaintiff intends to file an Amended Complaint at which time new parties and claims may be included. We contacted Corporation Counsel today to suggest that the premotion conference letter be withdrawn since Plaintiff would be filing an Amended Complaint.

In light of the foregoing, we respectfully suggest that the conference presently scheduled for December 4, 2013, be adjourned *sine die* pending the City's response to the Court's inquiry and receipt of the Amended Complaint.

*Application granted - SO ORDERED*
*[signature] USDJ*
*11-26-13*

Very truly yours,

NEWMAN FERRARA, LLP

Randolph M. McLaughlin

cc: Counsel of record (*via email*)