UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OUMOU BAH, AS THE ADMINISTRATOR OF THE ESTATE OF MOHAMED BAH,

            Plaintiff,

vs.

THE CITY OF NEW YORK, DETECTIVE EDWIN MATEO, individually and in his official capacity, POLICE OFFICER ANDREW KRESS, individually and in his official capacity, POLICE OFFICER MICHAEL GREEN, individually and in his official capacity, SERGEANT JOSEPH MCCORMACK, individually and in his official capacity, LIEUTENANT MICHAEL LICITRA, individually and in his official capacity, LIEUTENANT ROBERT GALLITELLI, individually and in his official capacity, POLICE OFFICER BRIAN STANTON, individually and in his official capacity, POLICE OFFICER ESMERALDA SANTANA, individually and in her official capacity, POLICE OFFICER VINCENT JOHNSON, individually and in his official capacity, John Does 1-10, employees of The City of New York.

            Defendants.

13 CV 6690 (PKC)(KNF)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

      **ETHAN MENA**, being duly sworn, deposes and says:

1.    I am over 18 years of age, not a party to this proceeding, and reside in the State of New York.

2.    I have a business address at 1250 Broadway, 27th Floor, New York, New York 10001.

3.    On December 19, 2013 at approximately 3:53 p.m., I served a true and accurate copy of the within SUMMONS and COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES dated September 23, 2013 (together, the "Complaint"), on Defendant ROBERT GALLITELLI at

the premises located at the 24th Precinct, 151 West 100th Street, New York, New York 10025. Specifically, I served the Complaint at the 24th Precinct upon Robert Gallitelli c/o 24th Precinct by delivering to and leaving a true copy of the Complaint with an individual who identified himself as "Police Officer Vollaro," a person of suitable age and discretion who is employed at the 24th Precinct and mentioned that he used to work with Robert Gallitelli in the past.

4. A description of "Police Officer Vollaro" is as follows:

**Sex:** Male **Race/Skin:** White **Hair:** Black **Age:** 35-40 **Height:** 5' 8" **Weight:** 160-170 lbs.

5. Thereafter, on December 20, 2013, I personally mailed true a true copy of the Complaint, properly enclosed, addressed and mailed in a postpaid envelope and/or wrapper to each of the Respondents at the Abovementioned Premises by first class mail, which I deposited with the U.S. Postal Clerk at a U.S. Post Office. The envelopes were addressed as follows:

> Personal and Confidential
> Robert Gallitelli
> c/o 24th Precinct
> 151 W. 100th Street
> New York, New York 10025

Ethan Mena
License # 1326856

Sworn to before me this
____ day of December, 2013

Notary Public

BRUNILDA COLON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6121615
Qualified in Kings County
My Commission Expires January 18, 20__

2