

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 356-3509*
sscharfs@law.nyc.gov

December 3, 2015

Honorable P. Kevin Castel *(by ECF)*
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Estate of Mohamed Bah v. City of New York, et al.</u>, 13 CV 6690 (PKC) (KNF)

Dear Judge Castel:

    I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants in the above-referenced action. I write with reference to the Court's recommendation during the November 23, 2015 conference that the parties meet with a neutral to discuss the possibility of an informal resolution of this matter.

    After carefully considering the Court's proposal, defendants respectfully advise the Court that they do not wish to do so at this time. Defendants have instead proposed to plaintiff that counsel for the parties meet to confer and review the facts and circumstances of this case. Plaintiff has agreed to our proposal, and a date has been set for a meeting to take place later this month.

    We thank the Court for its consideration of the above.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc:    All Counsel *(by ECF)*