```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
OUMOU BAH, AS THE
ADMINISTRATOR THE ESTATE OF
MOHAMED BAH,

        Plaintiff,                          13 Civ. 6690(PKC)(KNF)

    vs.

THE CITY OF NEW YORK,DET. EDWIN MATEO;
P.O. ANDREW KRESS; P.O. MICHAEL GREEN;
P.O. JOSEPH MCCORMACK; LT. MICHAEL
LICITRA; LT. ROBERT GALLITELLI; P.O.
BRIAN STANTON; P.O. ESMERALDA SANTANA;
P.O. VINCENT JOHNSON,

        Defendants.
----------------------------------------------------------------------x
```

## **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM QUESTIONS:**

**General Instructions**

    This case will be decided on the basis of the answers that you give to certain questions that will be submitted to you. Each of the questions asked calls for a "Yes" or "No" answer or a numerical figure. As you will note from the wording of some questions, you need not consider the next question at all if your answer to the first question in the group is "No." Please follow those directions carefully.

    When you have answered all the questions that require answers, report to the court.

    Do not assume from the questions or from the wording of the questions or from my instructions on them what the answers should be.

## Federal Civil Rights Law Claims

**Unlawful Entry:**

1(a). Has the Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants unlawfully entered Mr. Bah's apartment, as defined in the instructions?

| | | |
|---|---|---|
| Edwin Mateo | Yes _____ | No _____ |
| Andrew Kress | Yes _____ | No _____ |
| Michael Green | Yes _____ | No _____ |
| Joseph McCormack | Yes _____ | No _____ |
| Michael Licitra | Yes _____ | No _____ |
| Robert Gallitelli | Yes _____ | No _____ |
| Brian Stanton | Yes _____ | No _____ |
| Esmeralda Santana | Yes _____ | No _____ |
| Vincent Johnson | Yes _____ | No _____ |

If you answered "Yes" to Question 1(a) as to **one or more** of the Defendants, proceed to Question 1(b).

If you answered "No" to Question 1(a) as to **all** of the Defendants, proceed to Question 2(a).

1(b). Has the Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants failed to supervise other officers from unlawfully entering Mr. Bah's apartment, as defined in the instructions?

| | | |
|---|---|---|
| Michael Licitra | Yes _____ | No _____ |
| Robert Gallitelli | Yes _____ | No _____ |

**Excessive Force:**

2(a). Has the Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants used excessive force as defined in the instructions?

        Edwin Mateo        Yes _____        No _____

        Andrew Kress       Yes _____        No _____

        Michael Green      Yes _____        No _____

        Joseph McCormack  Yes _____        No _____

    If you answered "Yes" to Question 2(a) as to **one or more** of the Defendants, proceed to Question 2(b).

    If you answered "No" to Question 2(a) as to **all** of the Defendants, proceed to Question 3.

2(b). Has the Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants failed to supervise other officers from subjecting Mr. Bah to excessive force, as defined in the instructions?

        Michael Licitra     Yes _____        No _____

        Robert Gallitelli   Yes _____        No _____

**State Law Claims**

**Assault:**

3. Has Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants assaulted Mr. Bah, as defined in the instructions?

| | | |
|---|---|---|
| Edwin Mateo | Yes _____ | No _____ |
| Andrew Kress | Yes _____ | No _____ |
| Michael Green | Yes _____ | No _____ |
| Joseph McCormack | Yes _____ | No _____ |

**Battery**

4. Has Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants battered Mr. Bah, as defined in the instructions?

| | | |
|---|---|---|
| Edwin Mateo | Yes _____ | No _____ |
| Andrew Kress | Yes _____ | No _____ |
| Michael Green | Yes _____ | No _____ |
| Joseph McCormack | Yes _____ | No _____ |

**Conscious Pain and Suffering**

5. Has Plaintiff proven by a preponderance of the evidence that one or more of the following Defendants caused conscious pain and suffering to Mr. Bah, as defined in the instructions?

| | | |
|---|---|---|
| Edwin Mateo | Yes _____ | No _____ |
| Andrew Kress | Yes _____ | No _____ |
| Michael Green | Yes _____ | No _____ |
| Joseph McCormack | Yes _____ | No _____ |
| Michael Licitra | Yes _____ | No _____ |
| Robert Gallitelli | Yes _____ | No _____ |

If you answered "Yes" to Questions 3, 4, or 5 proceed to Question 6.

If you answered "No" to Questions 3, 4, <u>and</u> 5 but "Yes" to Question 1(a), 1(b), 2(a), or 2(b), proceed to Question 7(a).

If you answered "No" to Questions 1(a), 1(b), 2(a) and 2(b), and "No" to Questions 3, 4 and 5 proceed no further.

**Vicarious Liability:**

6. Is the City of New York vicariously liable for the acts of the Defendants?

                                                                     Yes _____

                                                                     No   _____

If your answer to Questions 1(a), 1(b), 2(a), 2(b), 3, 4 or 5 is "Yes", you have found a verdict in favor of the Plaintiff against the individual Defendants on one or more claims. In that event, please proceed to Question 7(a).

If your answer to Question 6 is "Yes", you have found a verdict in favor of the Plaintiff against the City of New York. In that event, please proceed to Question 7(a).

**Damages**

    **Unlawful Entry:**

Only answer this question if you answered "Yes" in Question 1(a) or 1(b). If not, proceed to Question 8(a).

7(a). Has Plaintiff proven by a preponderance of the evidence that Mr. Bah is entitled to compensatory damages as a result of Defendants' unlawful entry?

                                            Yes _____

                                              No  _____

If you answered "Yes" to Question 7(a), proceed to Question 7(b). If you answered "No" to Question 7(a), proceed to Question 8(a).

7(b). State the total dollar amount of any actual compensatory damages that Mr. Bah is entitled to on his unlawful entry claim.

           $_____

7(c). For any Defendant for whom you answered "Yes" in Question 1(a) or 1(b), identify the percentage, if any, of compensatory damages for which they are responsible. The total of percentages must equal one hundred percent.

              Edwin Mateo          _____%

              Andrew Kress         _____%

              Michael Green        _____%

              Joseph McCormack    _____%

              Michael Licitra      _____%

              Robert Gallitelli     _____%

              Brian Stanton        _____%

              Esmeralda Santana   _____%

              Vincent Johnson      _____%

**Excessive Force:**

Only answer this question if you answered "Yes" in Question 2(a) or 2(b). If not, proceed to Question 9(a).

8(a). Has Plaintiff proven by a preponderance of the evidence that Mr. Bah is entitled to compensatory damages as a result of Defendants' use of excessive force?

                                                            Yes _____

                                                            No  _____

If you answered "Yes" to Question 8(a), proceed to Question 8(b). If you answered "No" to Question 8(a), proceed to Question 9(a).

8(b). State the total dollar amount of any actual compensatory damages that Mr. Bah is entitled to on his excessive force claim.

        $

8(c). For any Defendant for whom you answered "Yes" in Question 2(a)or 2(b), identify the percentage, if any, of compensatory damages for which they are responsible. The total of percentages must equal one hundred percent.

        Edwin Mateo          _____%
        Andrew Kress         _____%
        Michael Green        _____%
        Joseph McCormack     _____%
        Michael Licitra      _____%
        Robert Gallitelli     _____%

**Assault:**

Only answer this question if you answered "Yes" in Question 3. If not, proceed to Question 10(a).

9(a). Has Plaintiff proven by a preponderance of the evidence that Mr. Bah is entitled to compensatory damages as a result of Defendants' assault?

                                                      Yes _____

                                                      No  _____

If you answered "Yes" to Question 9(a), proceed to Question 9(b). If you answered "No" to Question 9(a), proceed to Question 10(a).

9(b). State the total dollar amount of any actual compensatory damages that Mr. Bah is entitled to on his assault claim.

                $_____

9(c). For any Defendant for whom you answered "Yes" in Question 3, identify the percentage, if any, of compensatory damages for which they are responsible. The total of percentages must equal one hundred percent.

                Edwin Mateo            _____%

                Andrew Kress           _____%

                Michael Green          _____%

                Joseph McCormack    _____%

**Battery:**

Only answer this question if you answered "Yes" in Question 4. If not, proceed to Question 11(a).

10(a). Has Plaintiff proven by a preponderance of the evidence that Mr. Bah is entitled to compensatory damages as a result of Defendants' battery?

                                                            Yes _____

                                                            No   _____

If you answered "Yes" to Question 10(a), proceed to Question 10(b).
If you answered "No" to Question 10(a), proceed to Question 11(a).


10(b). State the total dollar amount of any actual compensatory damages that Mr. Bah is entitled to on his battery claim.

                $_____

10(c). For any Defendant for whom you answered "Yes" in Question 4, identify the percentage, if any, of compensatory damages for which they are responsible. The total of percentages must equal one hundred percent.

        Edwin Mateo             _____%

        Andrew Kress           _____%

        Michael Green          _____%

        Joseph McCormack     _____%

**Conscious Pain and Suffering:**

Only answer this question if you answered "Yes" in Question 5. If not, proceed to Question 12.


11(a). Has Plaintiff proven by a preponderance of the evidence that Mr. Bah is entitled to compensatory damages as a result of his conscious pain and suffering?

                                            Yes  _____

                                            No   _____

If you answered "Yes" to Question 11(a), proceed to Question 11(b).
If you answered "No" to Question 11(a), proceed to Question 12.


11(b). State the total dollar amount of any actual compensatory damages that Mr. Bah is entitled to on his conscious pain and suffering claim.

        $_____

11(c). For any Defendant for whom you answered "Yes" in Question 5, identify the percentage, if any, of compensatory damages for which they are responsible. The total of percentages must equal one hundred percent.

                Edwin Mateo            _____%
                Andrew Kress           _____%
                Michael Green          _____%
                Joseph McCormack       _____%
                Michael Licitra        _____%
                Robert Gallitelli      _____%


**Economic Loss:**

11. State the total dollar amount the Plaintiff is entitled to for the economic losses sustained as a result of the death of Mr. Bah.

        $_____

**Punitive Damages:**

12(a). If you have found one or more of the named individual Defendants liable for any of the above claims, please state whether you find that the Plaintiff has proven by a preponderance of the credible evidence that Mr. Bah is entitled to an award of punitive damages from the following Defendants:

| | | |
|---|---|---|
| Edwin Mateo | Yes _____ | No _____ |
| Andrew Kress | Yes _____ | No _____ |
| Michael Green | Yes _____ | No _____ |
| Joseph McCormack | Yes _____ | No _____ |
| Michael Licitra | Yes _____ | No _____ |
| Robert Gallitelli | Yes _____ | No _____ |
| Brian Stanton | Yes _____ | No _____ |
| Esmeralda Santana | Yes _____ | No _____ |
| Vincent Johnson | Yes _____ | No _____ |

If you answered "Yes" as to **_one or more_** of the Defendants, proceed to Question 12(b).

12(b). Please indicate in the space provided the dollar amount of punitive damages to be awarded against that defendant:

| | |
|---|---|
| Edwin Mateo | $ _____ |
| Andrew Kress | $ _____ |
| Michael Green | $ _____ |
| Joseph McCormack | $ _____ |
| Michael Licitra | $ _____ |
| Robert Gallitelli | $ _____ |
| Brian Stanton | $ _____ |
| Esmeralda Santana | $ _____ |
| Vincent Johnson | $ _____ |

When you have completed this verdict form, please have the
foreperson provide his or her signature and today's date, and
contact the Court.


_____
FOREPERSON

Dated:     New York, New York
                    , 2017

Respectfully submitted,

__s/ Randolph M. McLaughlin____
Randolph M. McLaughlin
Debra S. Cohen, Esq.
Danielle B. Sullivan, Esq.
Newman Ferrara, LLP
1250 Broadway, 27th Floor
New York, New York 10001
Tel: 212-619-5400
Fax: 212-619-3090
rmclaughlin@nfllp.com
dcohen@nfllp.com
dsullivan@nfllp.com

Franciscus A. Diaba, Esq.
375 Park Ave., Suite 2607
New York, New York 10125
Tel: 212-634-9974
Fdiaba@diabalaw.com

Mayo Bartlett, Esq.
Abdulwali Muhammad, Esq.
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: 914-224-3086
Fax: 914-468-6333
mgb@mayobartlett.com
wm@walimuhammadlaw.com

*Attorneys for Plaintiff*
