Case 1:13-cv-06690-PKC-KNF   Document 212   Filed 07/11/17   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/17
```



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JOSHUA J. LAX
Senior Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

July 10, 2017

**BY ECF**
Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Estate of Mohamed Bah v. City of New York, et al.</u>, 13 CV 6690 (PKC)(KNF)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants. I write to respectfully request an extension of time in which defendants must advise the Court as to their position regarding retention of a private mediator. Defendants request to have until July 21, 2017 to make their status report. Plaintiffs consent to an extension until July 14, 2017. The basis of this request is that several members of the defense team have been on trial starting July 10, 2017 which impacted defense counsel's ability to consult with the various principals involved in making the decision at issue. Meetings had begun, but scheduling issues interrupted the exploration of the Court's suggestion to consider a retained mediator. For example, the undersigned was scheduled to start a trial yesterday morning in the Eastern District before the Honorable Eric N. Vitaliano, though the case settled prior to jury selection. There was unforeseen issues that arose immediately before the trial that also impacted my schedule. Ms. Garman and Mr. Myrvold are currently on trial before the Honorable Joan M. Azrack also in the Eastern District. In addition, the July 4th Holiday weekend also created conflicts in meeting with the various principles. Defendants will make every effort to have a response for plaintiff and the Court in advance of July 21 but wish to provide the most considered response.

Defendant thanks the Court for its consideration in this matter.

Respectfully submitted,

/s/

Joshua J. Lax
Senior Counsel

CC: BY ECF
All Counsel

---

Handwritten endorsement:

Where there is a will, there is a way. Even now, defendants ask until July 21, but warn that they should not be held to that date: "Defendants will make every effort to use a response."

Why did I even bother to try to assist the parties?

① Deputy to advise the Court of defendants' interest in mediation is VACATED.

So ORDERED
/s/ USDJ
7-11-17