# PROPERTY CLERK INVOICE
PD 521-141 (Rev. 11-09)

**R917658**

- ☐ ARREST EVIDENCE
- ☒ INVESTIGATORY
- ☐ DNA ARREST EVIDENCE
- ☐ DNA INVESTIGATORY
- ☐ FORFEITURE ✓
- ☐ DECEDENT'S PROPERTY
- ☐ FOUND PROPERTY
- ☐ SAFEKEEPING
- ☐ PEDDLER PROPERTY
- ☐ OTHER: ___

| Field | Value | Tax No. | Command | | |
|---|---|---|---|---|---|
| Invoicing Officer Rank/Name | EPCS I Sonia Gadson | 6345 | OCME | Invoice Date: 10/9/12 | Invoicing Command: OCME |
| Arresting Officer Rank/Name | | | | Complaint No.: 2012-26-03464 | Aided/Accident No.: 778 |
| Investigating Officer Rank/Name | | | | Related Comp. No.: | OCME EU No.: 12-17903 |
| Detective Squad Supervisor Rank/Name | | | | Det Squad Case No. | OCME PB No. |
| CSU/ECT Processing Officer Rank/Name | | | | Police Lab Evid Control No. | CSU/ECT Run No. |

- ☐ Arrest
- ☒ Incident — Date: 9/25/12 — Charge/Offense Under Investigation: Homicide

Finder of Property: Dr. G. Vincent
Address: 520 First Ave NY, NY 10016
Telephone No.: 212-4472030

Complainant's Last Name, First Name: Bah, Mohammed

| ITEM No. | QTY | ARTICLE | CASH VALUE USC only | PEDDLER/LEAD SEAL No. | SEC/NARCO ENVELOPE No. |
|---|---|---|---|---|---|
| 1 | 2 | Black sneakers | | | |
| 2 | 2 | White socks | | | |
| 3 | 1 | White T-shirt (cut) | | | |
| 4 | 1 | Black sweatpants | | | |
| xxxxxxxxxxxxxxxxxxxx | | M12-005278  1-bag  xxxxxxxxxxxxxxxxxxxxxxxxxx | | | |

**REMARKS:**

The above vouchered evidence was listed as Homicide clothing as per Dr. G. Vincent N.Y.C. Medical Examiner.
1-bag

13M0009

Invoicing Officer Rank/Name (Printed): EPCS I SONIA GADSON — Signature: Sonia Gadson — Tax No: 6345 — Command: OCME