UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OUMOU BAH, *AS THE ADMINISTRATOR OF*
*THE ESTATE OF MOHAMED BAH*,

                    Plaintiff,                    13-cv-6690 (PKC)

  -against-                                ORDER

CITY OF NEW YORK, et al.,

                    Defendants.
_____

CASTEL, United States District Judge.

        Over a year ago on May 9, 2019, this Court entered an Order at the request of Randolph M. Mclaughlin, counsel for Oumou Bah, in her capacity as Administrator for the Estate of Mohamed Bah, directing counsel "to retain the balance of the settlement ($1,177,848.55) in their escrow account pending application to the Surrogate's Court, New York County by the Estate of Mohamed Bah for an order to distribute the settlement proceeds to the beneficiaries of the Estate."

        Within 14 days, Randolph M. McLaughlin shall file with the Court a sworn statement setting forth the date said application was made to the Surrogate's Court, enclosing a copy thereof, and setting forth all steps made to secure such an Order from the Surrogate's Curt and any other pertinent information.

        Randolph M. McLaughlin shall file an updated report on the status of the application every 30 days thereafter until the monies held in escrow are disbursed pursuant to an Order of the Surrogate's Court.

        SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
          May 14, 2020